# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EUGENY CANGO,<br><br>                     Plaintiff,<br><br>v.<br><br>BERGEN COUNTY JAIL, *et al.*,<br><br>                     Defendants. | Civil Action No. 2:18-CV-10151 (MEF) (SDA)<br><br>**WHEREAS OPINION AND ORDER**<br><br>December 17, 2024 |

  **THIS MATTER** having come before this Court upon the motion of *pro se* Plaintiff Eugeny Cango ("Plaintiff") requesting that the Court file his Amended Complaint (ECF No. 75); and

  **WHEREAS** Defendants Bergen County Jail Classification Committee Members, Bergen County Sheriff's Officers, Official and Civilian Employees, BCJ Healthcare Administrator and Staff, and Bergen County Jail Administrator (collectively, "Defendants") were previously served with the original Complaint on March 11, 2020 (ECF No. 33); and

  **WHEREAS,** on March 18, 2019, Judge Kevin McNulty issued an Opinion and Order dismissing Plaintiff's claims against Defendants John Doe Bergen County Jail Administrator and John Doe Warden with prejudice for failure to state a claim, but permitted claims against John Doe Bergen County Sheriff's Officers, John Doe Bergen County Jail Classification Committee Members, and John Doe Bergen County Jail Healthcare Administrator and Staff (collectively, "Individual John Doe Defendants") (ECF Nos. 7-8); and

  **WHERAS** Judge McNulty granted Plaintiff leave to submit a proposed Rule 45 subpoena for consideration by the Court so that Plaintiff could identify the Individual John Doe Defendants

1

and seek leave to file an amended complaint that "expressly names" the Individual John Doe Defendants (ECF No. 8 at 1-2); and

**WHEREAS** Judge Steven C. Mannion recommended that this case be dismissed without prejudice in his Report and Recommendation on August 12, 2019 for Plaintiff's failure to serve the complaint on the Individual John Doe Defendants (ECF No. 15); and

**WHEREAS**, Judge Mannion's Report and Recommendation was vacated on June 16, 2021 and Judge Edward S. Kiel granted Plaintiff's application for pro bono counsel for limited purposes of (1) assisting Plaintiff with issuing subpoenas to obtain information related to identification of the Individual John Doe Defendants; and (2) assisting Plaintiff with completing service of process of an amended complaint upon the Individual John Doe Defendants, once identified (ECF No. 37); and

**WHERAS** the Court appointed Richard J. Cino, Esq. as Plaintiff's pro bono counsel for this limited purpose on September 22, 2021 (ECF No. 39) and Mr. Cino assisted Plaintiff with subpoenaing the Bergen County Sheriff's Office to assist him in identifying the Individual John Doe Defendants for purposes of amending his complaint (ECF No. 54); and

**WHEREAS** Plaintiff subsequently filed an Amended Complaint expressly naming a number of new defendants in place of the Individual John Doe Defendants including the Bergen County Jail, Bergen County Sheriff's Department, Steve Ahrendt, Chris Davis, William Kocher, Thomas Weiland, Anna Pisciotta, Denise Drager, Sergeant Edward Romero, Sergeant Elaine Pell, Officer Valinantsin Kleimonok, Sergeant David Rubano, Officer Azzam Helwani, Lieutenant Kelly Dato, Officer Daniel Costello, Officer Alejandro Adud, Officer Nickolas Miscia, Officer Efrain Rivera, Officer John Lind, Sergeant Roni Wildoner, Suzanne Fennessey, Kelly Scheidewig, Rosana Reboredo, Dr. Diana Riciolli, Dr. Carter (first name unknown), Kristina De Los Santos, Dr. Ki Sook Yoo, De, Armajot Narula, Julie Dietch, Ruchita Sunder, Myra Zapata, Andrea Walsh, Jame

Demzcuk, Christine Reycraft, Stella Okah, Nia Mazzaca, Rosana Larrinaga, Kristina Oyarzun, Stacey Melson, Myrna Razon, Colleen Cathey, Dr. Ki Sook Yoo, Beena John and John Does 1-5 (collectively, the "Newly Identified Defendants"); and

**WHEREAS,** the Newly Identified Defendants have not been served with the Amended Complaint, which is the operative complaint in this case; and

**WHEREAS,** Mr. Cino, on behalf of Plaintiff, submitted a letter on December 13, 2024 (ECF No. 78) requesting that the Clerk of Court "issue summons as to all Defendants named in the Amended Complaint;" and

**WHEREAS,** on December 16, 2024, the Clerk of Court issued summons as to Officer Alejandro Adud, Steve Ahrendt, BCJ Classification Committee Members, BCJ Healthcare Administrator and Staff, Bergen County Jail, Bergen County Sheriff's Officers, Bergen County Sherrif's Office, Dr. Carter, Colleen Cathey, Officer Daniel Costello, Lieutenant Kelly Dato, Chris Davis, Kristina De Los Santos, Jame Demzcuk, Julie Dietch, Denise Drager, Suzanne Fennessey, Officer Azzam Helwani, Beena John, Officer Valinantsin Kleimonok, William Kocher, Rosana Larrinaga, Officer John Lind, Nia Mazzaca, Stacey Melson, Officer Nickolas Miscia, Armajot Narula, Official And Civilian Employees, Stella Okah, Kristina Oyarzun, Sergeant Elaine Pell, Anna Pisciotta, Myrna Razon, Rosana Reboredo, Christine Reycraft, Dr. Diana Riciolli, Officer Efrain Rivera, Sergeant Edward Romero, Sergeant David Rubano, Kelly Scheidewig, Ruchita Sunder, Andrea Walsh, Thomas Weiland, Sergeant Roni Wildoner, Dr. Ki Sook Yoo, Myra Zapata (ECF No. 79); and therefore

**IT IS**, on this **17th** day of **December**, **2024**,

**ORDERED** that the Clerk of Court shall mail Richard J. Cino, Esq. sufficient copies of the USM-285 forms to be completed for the purpose of obtaining service of the Summons and Amended Complaint on each of the Newly Identified Defendants at the below address; and it is

3

further

>Richard J. Cino
>Jackson Lewis P.C.
>200 Connell Drive
>Suite 2000
>Berkeley Heights, NJ 07922

**ORDERED** that Plaintiff shall have forty-five (45) days from the date of this Order to complete and return the USM-285 forms with Defendants' addresses to the Clerk of Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101; and it is further

**ORDERED** that Richard J. Cino, Esq. shall assist Plaintiff with completing and returning the USM-285 forms prior to being released from the duties of his limited appointment as pro bono counsel for Plaintiff; and it is further

**ORDERED** that upon receipt of the completed forms by the Clerk of the Court, the Clerk shall issue summons, and a United States Marshal shall serve a copy of the Summons and Amended complaint (D.E. 39), and this Order upon each of the Newly Identified Defendants, pursuant to 28 U.S.C. § 1915(d), with all costs of service advanced by the United States; and it is further

**ORDERED** that, once served, the Newly Identified Defendants shall file and serve their responsive pleadings within the time specified in Federal Rule of Civil Procedure 12, pursuant to 42 U.S.C. § 1997e(g)(2); and it is further

**ORDERED** that, upon completion of the USM-25 forms, Mr. Cino may move this Court to be relieved of his duties as limited pro bono counsel.

**SO ORDERED.**

>_/s/ Stacey D. Adams_
>**STACEY D. ADAMS, U.S.M.J.**

Orig:   Clerk
cc:     Michael E. Farbiarz, U.S.D.J.
        Parties